No. 96–5080. SANDERS v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 96–5081. STEWART v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5082. SANCHEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–5083. HOFF v. WILSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–5084. GREEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5085. GALOWSKI v. BERGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–5086. DWORZANSKI v. DWORZANSKI. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–5087. PETERSON v. WILLIAMS, SUPERINTENDENT, GOWANDA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–5088. TORRES SERRANO v. MARSHALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5089. SIMMONS v. BIENVENU ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–5090. BOATENG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5091. PHILLIPS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–5092. PHELPS ET UX. v. DENTON COUNTY SHERIFF ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5093. BEST v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.